UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DION LATWON WINGATE, SR.,

    Plaintiff,

v.     Case No. 3:19cv1618-LC-HTC

DEPUTY RICHARDS and
DEPUTY JENNINGS,

    Defendants.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 7, 2020 (doc. 28).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendants' Motion for Summary Judgment (doc. 17) is **GRANTED**.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 1st day of June, 2020.


                              *s/L.A. Collier*
                              **LACEY A. COLLIER**
                              **SENIOR UNITED STATES DISTRICT JUDGE**